# EXHIBIT A



**GRAND TRAVERSE COUNTY, MI**
**JUDICIAL ASSISTANT JOB DESCRIPTION**

| Title: | Judicial Assistant |
|---|---|

**GENERAL SUMMARY**

Under the supervision of the Judge, assists the Judge in making sure the Court operates efficiently and effectively; processes routine legal paperwork and correspondence; reviews, studies and researches laws, court decisions, documents, opinions, briefs and orders in Family and Probate matters. Employees work as part of a team and are responsible for ensuring that the team meets its objectives.

Employees must meet the minimum requirements, conditions of employment, and be able to perform successfully all essential duties and responsibilities with or without reasonable accommodations.

This position may require travel by the employee in the employee's own vehicle. May be required to work on-call in an emergency.

**PRIMARY DUTIES AND RESPONSIBILITIES** (may include but are not limited to the following)

- Reads, reviews, analyzes, and researches motions, briefs, memoranda, and court files in preparation for all motions and trials.
- Assists Judge in reviewing issues, proposed decisions, orders, and/or other related items.
- Prepares outlines, reviews memos, drafts decisions, and performs related activities under the direction of a judge.
- Responds to requests for information from litigants and attorneys regarding court policies and procedures, final settlement conferences, and/or other related issues.
- Performs a variety of specialized research and reporting in assigned area of responsibility and resolves related discrepancies or erroneous data to ensure compliance with established rules, court orders, policies and laws.
- Creates court forms.
- Responds to Judge's request for immediate information and research.
- Documents court administrative procedures.
- Assisting with alternative dispute resolution processes.
- Participates in/on a variety of meetings, which may include scheduling, preparing agendas, and taking and distributing meeting minutes.
- Reviews pre-trial statements and prepares civil scheduling orders, setting timelines for civil cases.
- Sets up courtroom for trials; gives instructions and orientations to jurors and attorneys; attends and takes charge of jury; serves Judge during trial with research and review; maintains courtroom order, discipline, and decorum.
- Remains current with recent changes in the law, court rules and court procedures.
- Responds to inquiries from staff and assists with administrative duties.
- Performs other duties as assigned.

**EDUCATION, FORMAL TRAINING, AND EXPERIENCE** (minimum requirements)

- Bachelor's Degree in legal studies or a related field.
- Two to four years related legal experience.



## GRAND TRAVERSE COUNTY, MI
## JUDICIAL ASSISTANT JOB DESCRIPTION

| |
|---|
| **CERTIFICATIONS, LICENSES** (minimum requirements) <br><br> • Must have valid driver's license and personal vehicle insurance and must maintain eligibility to drive as per the County's Vehicle policy. |
| **CONDITIONS OF EMPLOYMENT** (minimum requirements - legal or contractual pre-employment obligations and/or requirements, such as drug testing, background check, etc.) <br><br> A background check may be required initially and periodically for an individual hired, transferred, reclassified, promoted, or currently working in this job. Appointment to or continued employment in this job is contingent upon a satisfactory background check which may include, but is not limited to: confirmation of a persons' identity; review of criminal conviction records; verification of educational degree, license, or certificate required for the position; review of Department of Motor Vehicles records; Department of Justice fingerprint scan; and/or drug and alcohol testing as required and allowable by law. A satisfactory background check is defined as the absence of a criminal history record which bears a demonstrable relationship to the applicant's or employee's suitability to perform the required duties and responsibilities of the position. <br><br> May be required to serve in an "on-call" capacity. |
| **DISTINGUISHING CHARACTERISTICS** <br><br> Work involves evaluating the relevance and importance of theories, concepts, and principles and developing different approaches or tactical plans to fit specific circumstances. Guidelines may exist, but are flexible and open to considerable interpretation requiring independent judgment, personal discretion, and resourcefulness are needed to interpret and apply guidelines. Errors at this level could cause serious, long-term consequences involving substantial financial costs, significantly reduced service to the public, and/or negative media reaction, affect others outside of a department and may require the intervention of an agency head to resolve. <br><br> This job is not part of a series. |
| **PHYSICAL DEMANDS, WORK ENVIRONMENT, AND OTHER REQUIREMENTS** <br><br> • Work is performed in an office environment <br> • May be required to reach with hands and arms; sit; stand; talk and hear; use hands to finger, handle, or feel <br> • May be required to lift/move up to 50 pounds (such as a box of paper) <br> • May be required to work directly with criminal suspects or prison inmates. |
| **KNOWLEDGE, SKILLS, ABILITIES, COMPETENCIES** (minimum requirements) <br><br> • Proficiency in English grammar, spelling, and punctuation <br> • Specialized knowledge of legal principles and practices, and court proceedings <br> • Skill in operation of modern office equipment such as personal computer, facsimile, copiers, scanners and telephones <br> • Proficiency in the use of personal computer software, such as Word, Excel and other programs as needed <br> • Interpersonal skills necessary to develop and maintain effective and appropriate working relationships with customers, co-workers, and representatives of other agencies. <br> • Ability to explain complex policies and processes in layman's terms <br> • Ability to consistently demonstrate sound ethics and judgment <br> • Ability to comprehend, process and apply both verbal and written skills appropriate to the job |



**GRAND TRAVERSE COUNTY, MI**
**JUDICIAL ASSISTANT JOB DESCRIPTION**

- Ability to think analytically and apply sound judgment, solve problems, make effective decisions, and act with integrity
- Ability to accurately organize and maintain paper documents and electronic files
- Ability to maintain the confidentiality of information and professional boundaries
- Able to use County resources effectively and efficiently