# EXHIBIT B



# GRAND TRAVERSE COUNTY, MI
# MAGISTRATE JOB DESCRIPTION

| Title: | Magistrate |
|---|---|

**GENERAL SUMMARY**

Primary function of the job is to handle all traffic related matters within the court system, accepting admissions and pleas and sentencing. Conducts arraignments for individuals charged with offenses of State laws and local ordinances. Set bond on individuals in custody when appropriate. Reviews and authorizes arrest and search warrants. Must be willing to be on call 24/7 in Antrim County for all Antrim County related work and cover Leelanau and Grand Traverse Counties in the absence of that magistrate. Must be willing to cover all three counties on a rotational basis for weekend and holiday coverage for bond setting and search warrants. Serves in a quasi-judicial role. Must adhere to judicial code of ethics. May not practice law in the 86th District Court.

Employees must meet the minimum requirements, conditions of employment, and be able to perform successfully all essential duties and responsibilities with or without reasonable accommodations.

This position may require irregular hours. It may also require travel by the employee in the employee's own vehicle. Required to work on-call and in an emergency.

**PRIMARY DUTIES AND RESPONSIBILITIES** (may include but are not limited to the following)

- Conducts arraignments for individuals charged with offenses of State laws and local ordinances; including but not limited to violations of the Michigan Vehicle Code (excluding those defined by statute), Conservation Acts, Motor Carriers Act, marine, snowmobile and dog laws as defined by law.
- Presides over all admissions with explanation of traffic matters, conducting informal hearings and imposing sanctions for tickets issued; oversees the processing of traffic matters.
- Arraigns and sentences upon pleas of guilty or no contest for violations of the motor vehicle code, except 257.625.
- Facilitates first appearance of defendants in all criminal cases, arraigns and sets related bonds.
- Collaborates with the Court Administrator and management team in coordinating the proper handling of court cases.
- Presides over discovery exams.
- Conducts probable cause conferences.
- Issues arrest and search warrants and sets bonds.
- Maintains records and ensures proper disposition of all cases processed.
- Performs civil marriage ceremonies.
- Presides over civil infractions, administers oaths, examines witnesses and makes findings of fact and conclusions of law.
- Presides over small claims hearings

**EDUCATION, FORMAL TRAINING, AND EXPERIENCE** (minimum requirements)

- Juris Doctorate Degree

**CERTIFICATIONS, LICENSES** (minimum requirements)
- Requires a valid driver's license and personal vehicle insurance and must maintain eligibility to drive as per the County's Vehicle policy.



# GRAND TRAVERSE COUNTY, MI
# MAGISTRATE JOB DESCRIPTION

**CONDITIONS OF EMPLOYMENT** (minimum requirements - legal or contractual pre-employment obligations and/or requirements, such as drug testing, background check, etc.)
- Required to serve in an "on-call" capacity.

A background check is required initially and periodically for an individual hired, transferred, reclassified, promoted, or currently working in this job. Appointment to or continued employment in this job is contingent upon a satisfactory background check which may include, but is not limited to: confirmation of a persons' identity; review of criminal conviction records; verification of educational degree, license, or certificate required for the position; review of Department of Motor Vehicles records; Department of Justice fingerprint scan; and/or drug and alcohol testing as required and allowable by law. A satisfactory background check is defined as the absence of a criminal history record which bears a demonstrable relationship to the applicant's or employee's suitability to perform the required duties and responsibilities of the position.

**DISTINGUISHABLE CHARACTERISTICS**

Work involves the origination of models, concepts, theories that are new to the field, and where no prototype exists in the overall organization. Few, if any, guidelines exist. Leadership, judgment, and risk management skills are needed to deal with largely undefined issues or to find solutions to unyielding problems. Errors at this level could lead to extraordinary costs, major litigation, destruction of property, loss of funding, or failure of the agency to accomplish its mission and may require the intervention of the Judges or County's senior executives to resolve, or may not be resolvable.

This job is not part of a series.

**PHYSICAL DEMANDS, WORK ENVIRONMENT, AND OTHER REQUIREMENTS**

- May be required to reach with hands and arms; sit; stand; talk and hear; use hands to finger, handle, or feel.
- May be exposed to infectious diseases and/or criminal suspects or prison inmates.

**KNOWLEDGE, SKILLS, ABILITIES, COMPETENCIES** (minimum requirements)
- Advanced knowledge of court rules, applicable laws, policies and procedures
- Proficiency in English grammar, spelling, punctuation, and simple mathematical functions such as addition, subtraction, multiplication, division, percentages, ratios, etc.
- Proficiency in the development of appropriate written correspondence and reports
- Skill in use of personal computer software, including word processing
- Interpersonal skills necessary to develop and maintain effective and appropriate working relationships with customers, co-workers, and representatives of other agencies.
- Ability to consistently demonstrate sound ethics and judgment
- Ability to think analytically and apply sound judgment, solve problems, make effective decisions, and act with integrity
- Ability to explain complex policies and processes in layman's terms
- Ability to maintain the confidentiality of information and professional boundaries
- Able to use County resources effectively and efficiently