UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANGEL KALEY-WOLFE,

        Plaintiff,

v

        Case No. 1:17-cv-00842
        Hon. Paul L. Maloney

HONORABLE MELANIE STANTON,
KRIS A. RANDALL, and
CAROL STOCKING,
in their individual and official capacities,

        Defendants.
_____/

| NACHT & ROUMEL, P.C. | JOHNSON, ROSATI, |
|---|---|
| By: Nicholas Roumel (P37056) | SCHULTZ & JOPPICH, P.C. |
| Attorney for Plaintiff | By: Laura S. Amtsbuechler (P36972) |
| 101 N. Main Street, Ste. 555 |     Laura Bailey Brown (P79742) |
| Ann Arbor, MI 48104 | Attorneys for Defendants |
| (734) 663-7550 | 27555 Executive Drive, Suite 250 |
| nroumel@nachtlaw.com | Farmington Hills, MI 48331 |
| | (248) 489-4100/Fax: (248) 489-1726 |
| | lamtsbuechler@jrsjlaw.com |
| | lbrown@jrsjlaw.com |

_____/

**STIPULATED ORDER ALLOWING
PLAINTIFF AN EXTENSION TO FILE HER RESPONSE
TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

    The parties in the above entitled cause by their respective attorneys, hereby stipulate and agree that Plaintiff shall be allowed to file her Response to Defendants' Partial Motion to Dismiss on or before January 10, 2017.

IT IS HEREBY ORDERED that Plaintiff shall file her Response to Defendants' Partial Motion to Dismiss on or before January 10, 2018.

Date: December 14, 2017     /s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. DISTRICT COURT JUDGE

Stipulated and Agreed to by:

| Nicholas Roumel (P37056) (with consent) | s/Laura S. Amtsbuechler (P36972) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 101 N. Main Street, Ste. 555 | 27555 Executive Drive, Suite 250 |
| Ann Arbor, MI 48104 | Farmington Hills, MI 48331 |
| (734) 663-7550 | (248) 489-4100/Fax: (248) 489-1726 |
| nroumel@nachtlaw.com | lamtsbuechler@jrsjlaw.com |