UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL KALEY-WOLFE )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>-v- )<br>　　　　　　　　　　　　　　 )<br>STANTON, ET AL., )<br>　　　Defendants. )<br>　　　　　　　　　　　　　　 ) | No. 1:17-cv-842<br><br>HONORABLE PAUL L. MALONEY |

## ORDER

Defendants filed a partial motion to dismiss Plaintiff's FMLA claims on November 28, 2017. (ECF No. 7.) The Court held oral argument on the motion on this date and granted the motion in part and denied the motion in part, as more fully discussed on the record.

Defendants' motion to dismiss Plaintiff's FMLA claims against individual defendants (Counts IV and V) for lack of individual liability against public employers is **GRANTED.**

Defendants' motion to dismiss Plaintiff's claim for money damages against Defendants in their official capacity is **GRANTED** to the extent that Plaintiff actually sought money damages for her official-capacity claims.

Defendants' motion to dismiss the FMLA claims in their entirety is **DENIED.**

**IT IS SO ORDERED.**

Date:   February 13, 2018                                    /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge