# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

ANGEL KALEY-WOLFE

        Plaintiff,                      Case No. 17-cv-00842

v.                                          Hon. Paul L. Maloney

HONORABLE MELANIE STANTON,
KRIS A. RANDALL, and
CAROL STOCKING
in their individual and official capacities,

        Defendants.
_____

| Attorney for Plaintiff: | Attorney for Defendants: |
|---|---|
| Nicholas Roumel (P 37056) | Laura S. Amtsbuechler (P 36972) |
| **Nacht & Roumel, P.C.** | Laura Bailey Brown (P79742) |
| 101 N. Main St., Ste. 555 | **Johnson Rosati Schultz & Joppich, P.C.** |
| Ann Arbor, MI 48104 | 27555 Executive Dr., Ste. 250 |
| (734) 663-7550 | Farmington Hills, MI 48331-3550 |
| *nroumel@nachtlaw.com* | (248) 489-4100 |
| | *lamtsbuechler@jrsjlaw.com* |
| | *lbrown@jrsjlaw.com* |

_____

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's February 15, 2018 Case Management Order [Ct Doc 17], Plaintiff hereby gives notice that the Parties have agreed upon William Jack as mediator. Mr. Jack has agreed to the appointment and the parties are working toward finding a mutually agreeable date.

                                                          Respectfully submitted,

                                                          NACHT & ROUMEL, P.C.

                                                          *s/ Nicholas Roumel*

                                                          Nicholas Roumel (P37056)
February 23, 2018                         Attorneys for Plaintiff