UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANGEL KALEY-WOLFE,

        Plaintiff,

v                                                  Case No. 1:17-cv-00842
                                                  Hon.  Paul L. Maloney

HONORABLE MELANIE STANTON,
KRIS A. RANDALL, and
CAROL STOCKING,
in their individual and official capacities,

        Defendants.
_____/

| | |
|---|---|
| NACHT & ROUMEL, P.C. | JOHNSON, ROSATI, |
| By:  Nicholas Roumel (P37056) | SCHULTZ & JOPPICH, P.C. |
| Attorney for Plaintiff | By:  Laura S. Amtsbuechler (P36972) |
| 101 N. Main Street, Ste. 555 |      Laura Bailey Brown (P79742) |
| Ann Arbor, MI 48104 | Attorneys for Defendants |
| (734) 663-7550 | 27555 Executive Drive, Suite 250 |
| nroumel@nachtlaw.com | Farmington Hills, MI  48331 |
| | (248) 489-4100/Fax:  (248) 489-1726 |
| | lamtsbuechler@jrsjlaw.com |
| | lbrown@jrsjlaw.com |

_____/

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

     This matter having come before the court on the stipulation of the parties, and the Court being fully advised:

2

IT IS HEREBY ORDERED that all Defendants as named in both their individual and official capacities are dismissed from this case, and that this case is dismissed, in its entirety, with prejudice and without costs as to any party. This is a final Order of the Court which resolves the last pending claim and closes the file.

_____
U.S. DISTRICT COURT JUDGE

Stipulated and Agreed to by:

| | |
|---|---|
| s/ Laura Amtsbuechler | s/ Nicholas Roumel (with consent) |
| Attorney for Defendants | NACHT & ROUMEL, P.C. |
| 27555 Executive Drive, Ste. 250 | Attorney for Plaintiff |
| Farmington Hills, MI 48331-3550 | 101 N. Main Street, Ste. 555 |
| (248) 489-4100 | Ann Arbor, MI 48104 |
| lamtsbuechler@jrsjlaw.com | (734) 663-7550 |
| (P36972) | nroumel@nachtlaw.com |
| | (P37056) |